# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

415.774.2994 direct
cdonovan@sheppardmullin.com

August 14, 2015

**VIA ECF**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   MSC Mediterranean Shipping Company S.A. v. O.W. Bunker North America Inc., et al., No. 1:15-cv-03221-VEC

Dear Judge Caproni:

On July 1, 2015, you ordered "[b]y August 14, 2015, Plaintiff shall file a stipulation of dismissal with respect to Defendant OW Switzerland."

On that same day, July 1, 2015, we prepared and circulated to other counsel in this case a stipulated order that would dismiss without prejudice O.W. Bunker (Switzerland) S.A., the only defendant in this case that has not either appeared or waived service. Counsel for Harley Marine has approved the order. Counsel for ING has suggested a further extension of the deadline today for submitting an order to you. We don't see any point in postponing O.W. Switzerland's dismissal. Counsel for O.W. Bunker USA / O.W. Bunker North America has not responded.

As time has gone on, it's become clear that O.W. Switzerland is defunct. Our client therefore doesn't need interpleader relief against it. We'd respectfully suggest the Court enter an order giving any party ten days to state, in a letter brief, why the Court should not dismiss O.W. Switzerland without prejudice. Should any party make a submission, we'd request ten days to respond. Thank you.

Respectfully submitted,

*Charles S. Donovan*

Charles S. Donovan (admitted pro hac vice)
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Attorneys for plaintiff, MSC Mediterranean Shipping Company S.A.

cc: All counsel via ECF or Electronic Mail

SMRH:448422384.1